# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3876

_____

| | | |
|---|---|---|
| Juanita Carter, | * | |
| | * | |
| Petitioner, | * | |
| | * | Appeal from the United States |
| v. | * | Tax Court. |
| | * | |
| Commissioner of Internal Revenue, | * | [UNPUBLISHED] |
| | * | |
| Respondent. | * | |

_____

Submitted:  June 4, 1999
Filed: June 10, 1999

_____

Before HANSEN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Juanita Carter appeals from an adverse decision of the United States Tax Court holding Carter was not entitled to a casualty loss deduction for 1989.  Having carefully reviewed the record and the parties' submissions, we affirm for the reasons stated by the tax court.  See 8th Cir. R. 47B.


A true copy.


Attest:


CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.